

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GARY SMITH, | § | No. 08-17-00181-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| EL PASO VETERANS TRANSITIONAL LIVING CENTER. | § | of El Paso County, Texas |
| | § | (TC# 2017-CCV00770) |
| Appellee. | § | |

## O R D E R

The Court GRANTS the Appellant's pro se third motion for extension of time within which to file the brief until **November 22, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Gary Smith, the Appellant, prepare the Appellant's Pro Se brief and forward the same to this Court on or before November 22, 2017. The Court hereby gives notice that if Appellant fails to file his brief by the deadline, the appeal is subject to dismissal for want of prosecution.

IT IS SO ORDERED this 8th day of November, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.